### 22717. BROWN v. THE STATE.

BROYLES, C. J. This case is controlled by the decision of this court in *Webb* v. *State*, ante, 505.

*Judgment affirmed. MacIntyre, J., concurs. Guerry, J., concurs specially.*

DECIDED SEPTEMBER 14, 1933.

*R. Douglas Feagin,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.